UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **SARAH JEAN THOMPSON,** )<br>)<br>**PLAINTIFF** )<br>)<br>v. )<br>)<br>**CAROLYN W. COLVIN, ACTING**  )<br>**COMMISSIONER OF SOCIAL SECURITY** )<br>**ADMINISTRATION,** )<br>)<br>**DEFENDANT** ) | **CIVIL NO. 1:12-CV-369-DBH** |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On September 30, 2013, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections expired on October 17, 2013, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's decision is **VACATED** and the case **REMANDED** for further proceedings consistent with the Recommended Decision.

SO ORDERED.

DATED THIS 21ST DAY OF OCTOBER, 2013

/S/ D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE